**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | ) | Chapter 15 |
| | ) | |
| OCEAN RIG UDW INC., *et al.*, | ) | Case No. 17-10736 (MG) |
| | ) | |
| Debtors in Foreign Proceedings. | ) | (Jointly Administered) |
| | ) | |

**RECOGNITION HEARING**
**MANAGEMENT AND SCHEDULING ORDER**

This Recognition Hearing Management and Scheduling Order is entered by the Court, following a Scheduling Conference held on April 3, 2017, in accordance with Fed. R. Civ. P. 16(b).

1. All fact discovery concerning the Joint Provisional Liquidators' (the "JPLs") motion for recognition of foreign main or non-main proceeding (the "Recognition Motion") (ECF Nos. 2-3) shall be completed no later than June 16, 2017.

    a. All parties-in-interest (the "Parties") shall serve discovery requests on or before April 14, 2017.

    b. The Parties shall serve objections and responses to document requests on or before April 21, 2017.

    c. The Parties shall produce documents on a rolling basis, with production beginning on May 5, 2017 and completed on or before May 26, 2017.

    d. The Parties shall serve objections and responses to interrogatories and requests for admission, if any, on or before May 5, 2017.

    e. The Parties shall complete the depositions of fact witnesses no later than June 16, 2017.

1

2. The Parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure ("Civil Rules"), Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") and the Local Rules of the Bankruptcy Court for the Southern District of New York ("Local Bankruptcy Rules").

3. Expert discovery.

    a. All expert discovery concerning the Recognition Motion shall be completed no later than June 16, 2017.

    b. Any Party proffering expert testimony, other than that contained in the March 27, 2017 declaration of Rachael Reynolds and the March 14, 2017 declaration of Dennis Reeder, shall provide a declaration setting forth the expert's opinions and qualifications therefore no later than May 26, 2017.

    c. The Parties shall complete the depositions of expert witnesses no later than June 16, 2017.

4. Objections to the JPLs' Recognition Motion.

    a. Parties will file their objections to the JPLs' Recognition Motion on or before June 23, 2017.

    b. The JPLs will file their reply to the Parties' objections on or before June 30, 2017.

    c. All further pleadings concerning the Recognition Motion shall be filed promptly after service. All motions, and courtesy copies of pleadings, shall include a table of contents listing all affidavits and exhibits. Affidavits and exhibits shall be clearly identified by tabs on both the original and courtesy copies. Exhibits shall be marked sequentially such that no exhibit number or letter repeats, regardless of the affidavit to which it is attached. Exhibits for

JPLs should be marked by numbers; exhibits for Parties other than the JPLs should be marked by letters.

        d.      Two courtesy copies of all further pleadings concerning the Recognition Motion shall be delivered to chambers as soon as practicable after filing.

        e.      Unless prior permission has been granted, memoranda of law in support of and in opposition to motions are limited to 25 pages, and reply memoranda are limited to 10 pages. All memoranda shall be double-spaced, 12-point font, with 1" margins. Memoranda of 10 pages or more shall contain a table of contents and a table of authorities.

5. Counsel shall submit a proposed Joint Pretrial Conference Order on July 6, 2017. The proposed Joint Pretrial Conference Order shall be prepared using the form of order that will be provided to counsel by my Courtroom Deputy or law clerks. Any witnesses identified to testify at the Recognition Hearing in the Joint Pretrial Conference Order who have not previously been deposed shall be made available for deposition before the Recognition Hearing, the specific date and time to be mutually agreed upon by the parties.

6. In the event of any discovery dispute in this action, counsel shall first meet and confer in an effort to resolve the dispute. If counsel are unable to resolve the dispute, counsel for any Party seeking assistance from the Court shall, before filing any discovery motion, arrange a conference call with the Court with all counsel involved in the dispute. The Court will endeavor to resolve the dispute without the filing of any discovery motions.

7. The Final Prehearing Conference is scheduled for July 11, 2017 at 10:00 a.m.

8. The Recognition Hearing is scheduled to begin on July 13, 2017.

9. This ORDER may not be modified or the dates herein extended, except by further Order of this Court for good cause shown. Any application to modify or extend any deadline

established by this Order shall be made in a written application no less than five (5) days prior to the expiration of the date sought to be extended.

**IT IS SO ORDERED.**

Dated:   April 11, 2017
         New York, New York

                                              **_/s/Martin Glenn_**
                                                MARTIN GLENN
                                        United States Bankruptcy Judge